**UNITED STATES of America,**

v.

**Ivan CONSTANT, Appellant.**

**No. 04–1025.**

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) Dec. 13, 2004.

Decided Dec. 30, 2004.

Eric B. Henson, Office of United States Attorney, Philadelphia, PA, for Appellee.

David L. McColgin, Defender Association of Philadelphia Federal Court Division, Philadelphia, PA, for Appellant.

Before NYGAARD, ROSENN, and BECKER, Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

Arguing that the felon-in-possession statute, 18 U.S.C. § 922(g), is unconstitutional on its face and as applied to him, Appellant Ivan Constant challenges his conviction under that statute. As we have previously considered and rejected an identical claim, *see United States v. Singletary*, 268 F.3d 196 (3d Cir.2001), we affirm his conviction.